IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

FILED
NOV 28 2017
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| ELVIS A. JOHNSON,<br><br>       Plaintiff,<br><br>vs.<br><br>PPH MORTGAGE CORPORATION, EQUIFAX, INC., TRANSUNION, LLC, and DOES I-V.<br><br>       Defendant. | No. CV-17-106-H-SEH<br><br>ORDER |

Defendant Trans Union, LLC, has moved for admission of William M. Huse, Esq., ("Huse") of Schuckit & Associates, P.C., Zionsville, Indiana, to practice before this Court in this case with Sara S. Berg, Esq., and Daniel J. Auerbach, Esq., of Browning, Kaleczyc, Berry & Hoven, P.C., Helena, Montana, to act as local counsel. Huse's application appears to be in compliance with L.R. 83.1(d).

ORDERED:

Trans Union, LLC's Unopposed Motion for Admission of William M. Huse, Esq. *Pro Hac Vice*[1] is GRANTED on the condition that local counsel will be designated as lead counsel or as co-lead counsel with Huse. Additionally, Huse must do his own work. He must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed.

Admission is personal to Huse; it is not an admission of Schuckit & Associates, P.C, law firm.

IT IS FURTHER ORDERED:

This Order will be withdrawn unless Huse, within fifteen (15) days from the date of this Order, files an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 28th day of November, 2017.

SAM E. HADDON
United States District Judge

---

[1] Doc. 7.