IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| ELVIS A. JOHNSON,<br><br>              Plaintiff,<br><br>vs.<br><br>PPH MORTGAGE CORPORATION, EQUIFAX, INC., TRANSUNION, LLC, and DOES I-V.<br><br>              Defendant. | No. CV-17-106-H-SEH<br><br>ORDER |

FILED

JAN 12 2018

Clerk, U.S. District Court
District Of Montana
Helena

Plaintiff and Defendant Trans Union, LLC have filed a Joint Notice of Preliminary Settlement as to Trans Union LLC Only ("Joint Notice").[1]

Rule 41(a)(2) authorizes a court to dismiss an action against a party, upon Plaintiff's request, "on terms that the court considers proper." This Court requires that a request for dismissal of a party contain a statement by Plaintiff's counsel that all parties have been contacted, and that none oppose the dismissal request.

---

[1] Doc. 13.

The Joint Notice does not state whether any parties who have appeared in the case oppose the dismissal.

ORDERED:

1. Dismissal of Defendant Trans Union, LLC is DENIED without prejudice.

2. Plaintiff may resubmit the request for dismissal upon compliance with the terms of this Order.

DATED this 12th day of January, 2018.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge