
IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| ELVIS A. JOHNSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PPH MORTGAGE CORPORATION, EQUIFAX, INC. and DOES I-V.<br><br>　　　　　Defendant. | No. CV-17-106-H-SEH<br><br>**ORDER** |
|---|---|

Plaintiff has filed a Notice of Preliminary Settlement with PHH Mortgage Corporation ("Notice").[1]

Rule 41(a)(2) authorizes a court to dismiss an action against a party, upon Plaintiff's request, "on terms that the court considers proper." This Court requires that a request for dismissal of a party contain a statement by Plaintiff's counsel that all parties have been contacted, and that none oppose the dismissal request.

---

[1] Doc. 23.

The Notice does not state whether any parties who have appeared in the case oppose the dismissal.

ORDERED:

The parties shall file a stipulation for dismissal and proposed order of dismissal within thirty (30) days of the date of this Order for the Court's consideration. Included within the stipulation shall be a statement as to whether Defendant Equifax, Inc. has any objection to the dismissal.

DATED this 6th day of March, 2018.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge