# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

FILED

MAR 12 2018

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| ELVIS A. JOHNSON, | |
| Plaintiff, | No. CV-17-106-H-SEH |
| vs. | ORDER |
| PPH MORTGAGE CORPORATION, EQUIFAX, INC. and DOES I-V. | |
| Defendant. | |

The Court's Order setting this matter for preliminary pretrial conference at 11:00 a.m. on March 20, 2018, was issued on January 31, 2018.[1]

The Order required that each party's preliminary pretrial statement strictly comply with each matter listed in Fed. R. Civ. P. 26(a)(1)(A)(i)-(iii) and L.R. 16.2(b)(1).

The parties' preliminary pretrial statements, filed March 9, 2018, are

---

[1] Doc. 19.

deficient in at least the following particulars:

1. Plaintiff's Pretrial Statement[2] fails to comply with the disclosure requirements of L.R. 16.2(b)(1)(E) and Fed. R. Civ. P. 26(a)(1)(A)(ii)-(iii).

2. Defendant Equifax Inc.'s Preliminary Pretrial Statement[3] fails to comply with the disclosure requirements of L.R. 16.2(b)(1)(J) and Fed. R. Civ. P. 26(a)(1)(A)(i)-(ii).

ORDERED:

Each party shall file an amended preliminary pretrial statement, addressing with strict compliance each matter listed in Fed. R. Civ. P. 26(a)(1)(A)(i)-(iii) and L.R. 16.2(b)(1) on or before March 16, 2018. Failure to file an amended preliminary pretrial statement in full compliance with the terms of this Order could result, without motion, in the imposition of sanctions.

DATED this 12th day of March, 2018.

SAM E. HADDON
United States District Judge

---

[2] Doc. 27.

[3] Doc. 28.