Charles H. Carpenter
CARPENTER LAW FIRM plc
210 North Higgins Avenue
Higgins Building Suite 336
Missoula, MT 59802
Tel: (406) 543-0511
Fax: (406) 258-0365
Email: carpentc@carpenterlawfirmplc.com
*Attorney for Defendant Equifax, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ELVIS A. JOHNSON<br><br>    Plaintiff,<br><br>v.<br><br>PHH MORTGAGE CORPORATION, EQUIFAX, INC., TRANSUNUION, LLC and DOES I-V<br><br>    Defendants. | Case No. 6:17-cv-00106-SEH<br><br>STIPULATION OF DISMISSAL |

The above captioned matter having been settled, as between Plaintiffs and Defendant Equifax, Inc., the parties hereby stipulate to the dismissal of all claims against Equifax, Inc. with prejudice, with each party to bear its on costs and fees.

DATED this 4th day of June, 2018.

Respectfully Submitted,

2

| | |
|---|---|
| */s/ Charles H. Carpenter* <br> Charles H. Carpenter <br> Carpenter Law Firm plc <br> 210 N. Higgins Ave Suite 336 <br> Missoula MT 59802 <br> (406) 543-0511 (voice) <br> (406) 214-9540 (mobile) <br> carpentc@carpenterlawfirmplc.com <br> *Attorney for Defendant Equifax , Inc.* | */s/ Robert Farris-Olsen (with consent)* <br> Robert Farris-Olsen, Esq. <br> Morrison, Sherwood, Wilson & Deola, PLLP <br> 401 N. Last Chance Gulch <br> P.O. Box 557 <br> Helena, MT 59624 <br> Telephone: (406) 442-3261 <br> Fax: (406) 443-7294 <br> Email: rfolsen@mswdlaw.com |