IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

**FILED**

JUN 04 2018

Clerk, U.S. District Court
District Of Montana
Helena

ELVIS A. JOHNSON

Plaintiff,

v.

PPH MORTGAGE CORPORATION,
EQUIFAX, INC., and DOES I-V

Defendants.

No. CV 17-106-H-SEH

ORDER

The parties having filed a Stipulation of Dismissal (Doc. 40),

ORDERED:

1. All pending motions are DENIED as MOOT. (Docs. 38 and 39).

2. All claims of Plaintiff Elvis Johnson against Defendant Equifax, Inc. are DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys' fees.

3. The clerk is directed to close the case.

DATED this 4th day of June, 2018.

Sam E. Haddon
United States District Judge